**FILED**

NOV 2 1 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                2:12-SW-0137-EFB
                                             2:12-SW-0138-EFB
12            Plaintiff,                      2:12-SW-0140-EFB
                                             2:12-SW-0839-EFB
13       v.

14  ALL FUNDS MAINTAINED AT SCOTTRADE
    BROKERAGE ACCOUNT NUMBER 55530461,       ORDER RE: REQUEST TO
15  HELD IN THE NAME GLEN E. MEYERS, IN AN   UNSEAL DOCUMENTS
    AMOUNT INCLUDING $127,675.49 IN DEPOSITS
16  AND ANY DIVIDENDS OR INCREASES IN
    VALUE OF STOCK PURCHASED WITH SUCH
17  FUNDS, WHICH CONSIST OF TRANSFERS TO
    THIS ACCOUNT FROM SCOTTRADE
18  BROKERAGE ACCOUNT NUMBER 55523521 IN
    THE NAMES AIMEE BURGESS AND GLEN E.
19  MEYERS AS WELL AS DEPOSITS  MADE TO THE
    ACCOUNT BETWEEN APRIL 27, 2011 AND
20  AUGUST 23, 2011,

21  ALL FUNDS MAINTAINED AT E*TRADE
    SECURITIES LLC INDIVIDUAL ACCOUNT
22  NUMBER 67575072, HELD IN THE NAME GLEN
    E. MEYERS, IN AN AMOUNT UP TO AND
23  INCLUDING $113,438.88,

24  ALL FUNDS MAINTAINED AT JP MORGAN
    CHASE ACCOUNT NUMBER 914633045, HELD IN
25  THE NAME MEYERS FAMILY STEEL, IN AN
    AMOUNT UP TO AND INCLUDING $75,000.00,
26  and

27  ALL FUNDS MAINTAINED AT SCOTTRADE
    BROKERAGE ACCOUNT NUMBER 55530461,
28  HELD IN THE NAME GLEN E. MEYERS, IN AN

                          1

1  AMOUNT INCLUDING $85,379.40 IN DEPOSITS
   AND ANY DIVIDENDS OR INCREASES IN
   VALUE OF STOCK PURCHASED WITH SUCH
2  FUNDS, AS WELL AS DEPOSITS MADE TO THE
   ACCOUNT BETWEEN SEPTEMBER 27, 2011 AND
3  MARCH 20, 2012 (INCLUSIVE) IN ADDITION TO
   THE $127,675.49 PREVIOUSLY FROZEN
4  PURSUANT TO SEIZURE WARRANT 2:12-SW-
   0140-EFB,
5
           DEFENDANTS.
6

7

8       Upon application of the United States of America and good cause having been

9  shown, IT IS HEREBY ORDERED that the seizure warrants and seizure warrant

10 affidavits in the above captioned proceedings be and are hereby unsealed.

11 Date: _Nov. 20, 2013_

12                          _____
                           KENDALL J. NEWMAN
13                         United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                            2

Order Re: Request to Unseal
Documents